**1639 CONELY vs. BUTLER (County Drain Comr.), No. 12809½.**

To compel completion of drain.

Order to show cause denied May 11, 1892.

It appeared that petitioner had been drain commissioner and had instituted proceedings for the construction of a drain, and after the work had been let, and a portion of the drain constructed, a bill had been filed and a temporary injunction obtained, which, upon hearing, was made permanent, restraining the further prosecution of the work.

Respondent succeeded to the office. Petitioner contended that because a part of the drain had been constructed it is the duty of the present commissioner to "relay, re-establish and re-assess" it, while respondent's contention is, that he must institute a new proceeding.

**1640 FENTON METALLIC MANUFACTURING COMPANY vs. SOLOMON (Chairman) AND HARVEY (Clerk of the Board of Supervisors, Kent), No. 12475.**

To compel respondents to execute a contract with relator for furnishing metal vault fixtures for court house.

On the return day permission given to withdraw petition on payment of costs.